Matthew John SHORTT, Appellant,

v.

DICK CLARK'S AB THEATRE, LLC, Appellee.

No. 10–2631.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 22, 2011.

Filed: March 1, 2011.

Matthew John Shortt, Titusville, FL, pro se.

Brett W. Roubal, Baird & Lightner, Springfield, MO, for Appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Matthew Shortt appeals the district court's[1] adverse grant of summary judgment in his wrongful termination and retaliation suit against his former employer. Having carefully reviewed the record de novo, *see Washburn v. Soper,* 319 F.3d 338, 340–41 (8th Cir.2003) (standard of review), we conclude that Shortt failed to create a trialworthy issue as to whether he was discharged in retaliation for voicing complaints about wages and coworkers. We also conclude that the district court did not abuse its discretion in denying recon-

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

sideration. Accordingly, we affirm. *See* 8th Cir. R. 47B.